[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 5, 2006
THOMAS K. KAHN
CLERK

No. 06-12215
Non-Argument Calendar

D. C. Docket No. 04-00159-CV-4

ARNOLD KARP,

Plaintiff-Appellant,

versus

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Georgia

**(October 5, 2006)**

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

The judgement of the district court, entered pursuant to the court's comprehensive order of March 8, 2006, is affirmed. For the reasons thoroughly stated in that order, appellant's federal claims lack merit, and appellant's state law claims are preempted by ERISA.

**AFFIRMED.**